IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

    Greg Phillip Underwood

        Debtor        Case No: 12-21142-13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Debtor has failed to maintain payments to the Trustee's office as required under 11 U.S.C. 1326. The Trustee calculates the current default amount as $1383.63 through July 2013. The Trustee requests Debtor provide his or her employer information to the Trustee's office so a Wage Order may be generated and filed.

The Debtor's Plan will exceed the alloted five year limitation from confirmation. The Trustee calculates that the payment will need to increase to $745.00 per month in order for the Plan to complete within the five year limitation.

Directly responsible for the plan payments if and when the employer does not remit the full monthly plan payments.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c), and that a time be set for the Trustee to make a Final Report of his receipt and disbursements in these proceedings, and further, that a time be set to object to the confirmation of such report.

Dated: August 12, 2013

        s/ W.H. Griffin, Chapter 13 Trustee
        W.H. Griffin #08060
        6330 LAMAR
        SUITE 110
        OVERLAND PARK, KS 66202-4286
        (913)-677-1311
        (913)-432-7857 (Fax)
        inquiries@13trusteekc.com